UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. BRIAN R. MARTINOTTI, U.S.D.J. |
| Plaintiff, | : | Crim. No. 21-77 (BRM) |
| vs. | : | |
| | : | **NOTICE OF SENTENCING** |
| KILLIAN F. MELECIO, | : | **SUBMISSION BY DEFENDANT** |
| Defendant. | : | |

---

Please be advised that, on this date, defendant Killian F. Melecio, through undersigned counsel, submitted a sentencing memorandum to the Court in the above-captioned matter.

*s/Mark G. Davis*

Date:   June 23, 2021

MARK G. DAVIS, ESQ.
Attorney for Defendant