UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
COURT RECORDER: MEGAN MCKAY-SOULE

DATE OF PROCEEDINGS: 6/28/2021
CRIMINAL DOCKET #:21-77(BRM)-01

TITLE OF CASE:
UNITED STATES OF AMERICA
            vs.
Killian F. Melecio

APPEARANCES:
Alexander Ramey, Assistant United States Attorney
Mark Davis, Esquire for Defendant
Joanne Young, Supervising, U.S. Probation Officer
Defendant present.

NATURE OF PROCEEDINGS:
SENTENCING HEARING HELD ON A ONE-COUNT INFORMATION.
Ordered defendant sworn; deft sworn.
Ordered Covid-19 Order to be filed.
IMPRISONMENT: 28 months with certain recommendations made to the Bureau of Prisons.
SUPERVISED RELEASE: 3 years with special conditions.
SPECIAL ASSESSMENT: $100 (due immediately).
Defendant advised of his rights to appeal.
Ordered defendant remanded.

TIME COMMENCED: 10:00 a.m.
TIME ADJOURNED: 10:40 a.m.
TOTAL TIME: 40 minutes

s/Dana Sledge-Courtney
Courtroom Deputy